U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

MAY 1 2 2014

TONY R. MOORE, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 12-CR-00344(07) |
| VERSUS | * | JUDGE FOOTE |
| ACQUILA SHANETE LATIGUE(07) | * | MAG. JUDGE HANNA |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge, having been considered, along with any objections filed, and finding that same is supported by the law and the record in this matter,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the District Court accepts the guilty plea of the defendant, ACQUILA SHANETE LATIGUE(07), and adjudges her guilty of the offense charged in Count Two of the Superseding Indictment against her.

THUS DONE AND SIGNED in Lafayette, Louisiana, this 12nd day of May, 2014.

_____
ELIZABETH E. FOOTE
UNITED STATES DISTRICT JUDGE